IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAIME GLENN FINLEY (a/k/a Possum)                                                    PLAINTIFF

v.                                    Civil No. 6:23-cv-06110-SOH-BAB

OFFICER W. SMITH, *et. al.*                                                          DEFENDANTS

**ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Fourth Amended Complaint. (ECF No. 28).

On March 11, 2024, the Court entered an Order advising Plaintiff that the allegations in his Third Amended Complaint were unsuitable for joinder in a single lawsuit and directing him to file a Fourth Amended Complaint. (ECF No. 22). Plaintiff filed his Fourth Amended Complaint on March 25, 2024. (ECF No. 28). Plaintiff's Fourth Amended Complaint is comprised of three separate, complete Complaint forms containing one claim each and labelled Part A, Part B, and Part C. (*Id.*). The claims contained within each Complaint form continue to be unsuited for joinder within one Complaint.

Accordingly, the Clerk is directed to sever Plaintiff's second and third Complaint forms (labelled Part B and Part C) from this case and open two separate cases with those Complaint forms. Defendants not listed in the First Complaint (Part A) should be terminated from this case. The Clerk is further directed to file the Fourth Amended Complaint (ECF No. 28) and a copy of this Order in the newly opened cases. Plaintiff is directed to submit an *in forma pauperis* ("IFP") application in both new cases. The Clerk is directed to send Plaintiff a blank IFP application for

1

the two new cases.  Plaintiff is given until May 7, 2024**,** to submit an IFP application in the newly opened cases.  Failure to obey this Order will result in the dismissal of the newly opened cases.

    IT IS SO ORDERED this 23rd day of April 2024.

                                            /s/ *Barry A. Bryant*
                                            HON. BARRY A. BRYANT
                                            UNITED STATES MAGISTRATE JUDGE